# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

U.S. District Court
District of Delaware
Judge Robert B. Kugler

Lower Court/Agency #:  09-CV-0037
Nature of Suit:  830
Case Type:  Civil Private
DCT Type:  Infringement
Basis of Jurisdiction:  Federal Question

Notice of Appeal Received:   12/27/2011
Notice of Appeal Filed:  12/09/2011
Docketed and Notice Sent to Parties:  12/28/2011
Certified List Filed:   / /

Fee Paid:  12/09/2011
Fee Amount:  455.00        Receipt No:  988731

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
| 01/05/2012 | Appellant Principal Brief Filing Date |
| 01/26/2012 | Appellee or Cross Appellant Principal Brief Filing Date |
|  | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
|  | Appendix Filing Date |
|  | Oral Argument Date/Calendared |
| 02/06/2012 | Disposition:  Vacated and Remanded; Panel |
| 02/22/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

## List of Parties/Representation

**Party Type/Name**  **Represented by**

**Plaintiff-Appellee**

Andrx Corporation
Andrx EU Ltd.
Andrx Laboratories (NJ) Inc.
Andrx Labs LLC
Andrx Pharmaceuticals L.L.C.
Andrx Pharmaceuticals, Inc. (d/b/a
 Watson Lab)

David B. Bassett
 WilmerHale LLP
 399 Park Avenue
 New York, NY  10022
 Phone #: (212)230-8800
 Fax #: (212)230-8888
 Email: david.bassett@wilmerhale.com
 Bar admit: 07/29/1991
 EOA Filed: 01/10/2012

Sciele Pharma Inc (n/k/a Shionogi
 Pharma Inc.)

David B. Bassett
 WilmerHale LLP
 399 Park Avenue
 New York, NY  10022
 Phone #: (212)230-8800
 Fax #: (212)230-8888
 Email: david.bassett@wilmerhale.com
 Bar admit: 07/29/1991
 EOA Filed: 01/10/2012
 Principal Attorney

Mark C. Fleming
 Wilmer Cutler Pickering Hale
 60 State Street
 Boston, MA  02109
 Phone #: (617)526-6000
 Fax #: (617)526-5000
 Email: mark.fleming@wilmerhale.com
 Bar admit: 01/12/2007
 EOA Filed: 01/25/2012

# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

| Party Type/Name | Represented by |
|---|---|
| | David A. Manspeizer<br>  WilmerHale LLP<br>  Email: david.manspeizer@wilmerhale.com<br>  Bar admit: 05/08/1992<br>  EOA Filed: 01/10/2012 |
| | Christopher R. Noyes<br>  WilmerHale LLP<br>  Email: christopher.noyes@wilmerhale.com<br>  Bar admit: 11/25/2009<br>  EOA Filed: 01/10/2012 |
| **Defendant** | |
| Mylan Inc.<br>Mylan Pharmaceuticals Inc. | Mary B. Matterer<br>  Morris James LLP<br>  500 Delaware Avenue, Suite 1500<br>  P. O. Box 2306<br>  Wilmington, DE  19899-2306<br>  Phone #: (302)888-6800<br>  Fax #: (302)571-1750<br>  Email: mmatterer@morrisjames.com<br>  Bar admit:  / /<br>  EOA Filed:  / /<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

| Party Type/Name | Represented by |
|---|---|
| **Defendant-Appellant** | |
| Lupin Pharmaceuticals, Inc.<br>Lupin, Ltd. | Douglass C. Hochstetler<br>　Kelley Drye & Warren, LLP<br>　333 West Wacker Drive<br>　Suite 2600<br>　Chicago, IL  60606<br>　Phone #: (312)857-2629<br>　Fax #: (312)857-7095<br>　Email: dhochstetler@kelleydrye.com<br>　Bar admit: 04/04/1995<br>　EOA Filed: 12/27/2011<br>　Principal Attorney<br><br>Beth D. Jacob<br>　Kelley Drye & Warren, LLP<br>　101 Park Avenue<br>　New York, NY  10178<br>　Phone #: (212)808-7800<br>　Fax #: (212)808-7897<br>　Email: bjacob@kelleydrye.com<br>　Bar admit: 02/10/1999<br>　EOA Filed: 12/27/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-1118: SCIELE PHARMA V LUPIN LTD

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/28/2011 | F | 1 | Appeal docketed on 12/28/2011. EOD(12/28/2011 by CLT) 2012-1118 |
| 12/28/2011 | O | 2 | Official Caption. Court Service - 12/28/11. Filed: 12/28/11. REV(12/28/11 by CLT) 2012-1118 |
| 12/28/2011 | M | 3 | Appellant [Lupin Pharmaceuticals, Inc., et al.] - Motion for stay of injuction pending appeal. (nonconfidential and confidential versions) Hand Service - 12/27/11. Filed: 12/27/11. Reply 1 (10) Filed: 01/09/12 Reply 2 (11) Filed: 01/13/12 Action on Motion (24): We vacate the preliminary injunction and remand this matter for proceedings consistent with this order. The motion is moot. by Motions Panel. Judge: Moore Filed: 02/06/12. EOD(12/28/11 by CLT) REV(02/06/12 by LS) 2012-1118 |
| 12/28/2011 | M | 4 | Appellant [Lupin Pharmaceuticals, Inc., et al.] - Motion to expedite appeal. (nonconfidential and confidential versions) Hand Service - 12/27/11. Filed: 12/27/11. Action on Motion (6): Motion granted to extent that Lupin's opening brief is due w/in 7 days from date of filing of this order, appellees' response brief is due w/in 21 days of date of service of Lupin's opening brief. (see order for details) by Motions Panel. Judge: Linn Filed: 12/29/11. EOD(12/28/11 by CLT) REV(02/17/12 by LRP) 2012-1118 |
| 12/29/2011 | O | 5 | Ordered: The appellees are directed to respond to the motion for a stay no later than 5:00 p.m. on January 9, 2012. Lupin's reply is due no later than January 13, 2012. By: Motions Panel. Judge: Linn. Court Service - 12/29/11. Filed: 12/29/11. REV(12/29/11 by LS) 2012-1118 |
| 01/06/2012 | O | 7 | Entry of Appearance for Beth D. Jacob as counsel on behalf of the appellants, Lupin Pharmaceuticals, Inc., et al. Mail Service - 12/27/11. Filed: 12/27/11. REV(01/06/12 by AR) 2012-1118 |
| 01/06/2012 | O | 8 | Entry of Appearance for Douglass C. Hochstetler as principal attorney on behalf of the appellants, Lupin Pharmaceuticals, Inc., et al. Mail Service - 12/27/11. Filed: 12/27/11. REV(01/06/12 by AR) 2012-1118 |

# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/10/2012 | O | 9 | Confidential and non-confidential exhibits to Declaration of Christopher R. Noyes in support of the opposition of appellee Shionogi Inc. (f/k/a Sciele Pharma, Inc.) to appellant Lupin Ltd.'s motion to stay pending appeal (conf. exhs in vault)  Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/11/12 by CS)  2012-1118 |
| 01/17/2012 | O | 12 | Appellee Sciele's Supplemental Authority pursuant to Rule 28(j) in regards to pending motion for stay of injunction.  (sent to OGC)  Mail Service - 01/13/12.  Received: 01/13/12. REV(01/17/12 by LRP)  2012-1118 |
| 01/20/2012 | O | 13 | Entry of appearance for David B. Bassett as principal counsel on behalf of appellee, Shionogi, Inc. (f/k/a Sciele Pharma, Inc.)  Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/25/12 by SCN)  2012-1118 |
| 01/20/2012 | O | 14 | Entry of appearance for David A. Manspeizer as of counsel on behalf of appellee, Shionogi, Inc. (f/k/a Sciele Pharma, Inc.)  Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/25/12 by SCN)  2012-1118 |
| 01/20/2012 | O | 15 | Entry of appearance for Christopher R. Noyes as of counsel on behalf of appellee, Shionogi, Inc. (f/k/a Sciele Pharma, Inc.)  Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/25/12 by SCN)  2012-1118 |
| 01/20/2012 | O | 16 | Docketing statement for appellee, Shionogi, Inc. (f/k/a Sciele Pharma, Inc.)  Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/20/12 by SRM)  2012-1118 |
| 01/20/2012 | O | 17 | Certificate of interest from the appellee, Sciele Pharma Inc. Mail Service - 01/09/12.  Filed: 01/10/12. REV(01/25/12 by SCN)  2012-1118 |
| 01/20/2012 | O | 18 | Notice to appellant: The docketing statement for the appellant, Lupin Pharmaceuticals, Inc. et al. is overdue. The docketing statement shall be filed no later than 01/30/2012.  Court Service - 01/20/12.  Mailed: 01/20/12. REV(01/20/12 by LAW)  2012-1118 |
| 01/20/2012 | B | 19 | Lupin, Ltd. and Lupin Pharmaceuticals, Inc. [Appellants] - Brief for Defendants-Appellants. Hand Service-01/05/12. Filed: 01/05/12.  REV(01/26/12 by SEW)  2012-1118 |
| 01/27/2012 | O | 20 | Entry of appearance for Mark C. Fleming as of counsel on behalf of appellee, Shionogi Inc.  Mail Service - 01/24/12.  Filed: 01/25/12. REV(01/27/12 by SCN)  2012-1118 |

# United States Court of Appeals for the Federal Circuit

## 2012-1118:  SCIELE PHARMA V LUPIN LTD

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 01/27/2012 | O | 21 | Docketing statement for appellant, Lupin Ltd. et al.  Mail Service - 01/25/12.  Filed: 01/25/12. REV(01/27/12 by SRM)  2012-1118 |
| 01/30/2012 | B | 22 | Sciele Pharma Inc (n/k/a Shionogi Pharma Inc.) [Appellee] - Brief for Plaintiff-Appellee Shionogi Inc. Mail Service- 01/26/12. Filed: 01/26/12. [Confidential and Nonconfidential versions]  REV(01/30/12 by VW)  2012-1118 |
| 02/01/2012 | O | 23 | Certificate of interest for appellants Lupin Ltd, et al.  Mail Service - 12/27/11.  Filed: 12/27/11. REV(02/01/12 by KSH)  2012-1118 |
| 02/06/2012 | D | 25 | Disposition: Vacated and Remanded by Panel. Filed: 02/06/12. Mandate issued to the DCT: 02/22/12. REV (02/22/12 by SEW)  2012-1118 |
| 02/21/2012 | M | 26 | Joint [Lupin Pharmaceuticals, Inc.] - Expedited Motion for Issuance of Mandate.  Mail Service - 02/17/12. Filed: 02/17/12. On consent. Action on Motion (27): Motion granted. The mandate shall issue today. ISSUED AS A MANDATE: February 22, 2012. by Motions Panel. Judge: Moore Filed: 02/22/12. EOD(02/21/12 by LRP)  REV(02/22/12 by LS)  2012-1118 |
| 04/04/2012 | O | 28 | Notice of Correction sent on behalf of Defendants-Appellants Lupin Ltd. and Lupin Pharmaceuticals Inc. making corrections to the Joint Appendix. Three pages were inadvertently omitted. Mail Service - 03/21/12.  Filed: 03/22/12. REV(04/04/12 by VW)  2012-1118 |